# EXHIBIT BB

# COMPUTER SEARCH & SEIZURE (HTTP://DARRENCHAKER.US/)

BY DARREN CHAKER

HOME (HTTP://DARRENCHAKER.US/)

ABOUT DARREN CHAKER (HTTP://DARRENCHAKER.US/VIEWPOINT-DISCRIMINATION-FALSE-COMPLAINT)

COLORADO RECORD SEALING (HTTP://DARRENCHAKER.US/COLORADO-RECORD-SEALING)

CONSENT AND WARRANT FOR COMPUTER SEARCH (HTTP://DARRENCHAKER.US/WARRANT-COMPUTER-SEARCH)

POSTED ON DECEMBER 8, 2015 (HTTP://DARRENCHAKER.US/EDISCOVERY-DOCUMENT-DESTRUCTION) BY DARREN CHAKER (HTTP://DARRENCHAKER.US/AUTHOR/SFGKVRWNCY/)

## EDISCOVERY DOCUMENT DESTRUCTION (HTTP://DARRENCHAKER.US/EDISCOVERY-DOCUMENT-DESTRUCTION)



(http://darrenchaker.us/ediscovery-document-destruction)





*Darren Chaker covers ediscovery*

Darren Chaker (https://plus.google.com/+DarrenChaker) found this article (http://www.ediscoverylaw.com/2015/10/court-approves-use-of-search-terms-to-identify-materials-for-preservation/) on California ediscovery concerning document-destruction You v. Japan (http://www.edrm.net/archives/29312), No. C 15-03257 WHA, 2015 WL 5542539 (N.D. Cal. Sept. 16, 2015).

### RECENT POSTS

- eDiscovery Document Destruction (http://darrenchaker.us/ediscovery-document-destruction)

- Inadvertent Disclosure CPRA (http://darrenchaker.us/cpra)

- Ediscovery Expert Fees (http://darrenchaker.us/expert-fees-ediscovery)

- Litigation Hold Policy Avoids Sanctions (http://darrenchaker.us/litigation-hold-sanctions)

- eDiscovery Sanctions in San Diego (http://darrenchaker.us/ediscovery-sandiego)

the *ex parte* court order requiring preservation, including "interdiction of any document-destruction programs and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material." In the course of its business, one defendant, the publisher of a daily newspaper, employed a proprietary application "used for laying out each edition of the newspaper." The application retained a "back catalog" of 90 days. In response to the court's order, the defendant alleged that retention of the application's contents for longer than 90 days could "slow down the system or cause it to crash" and that although it could install a new storage system, it would cost $18 million and could take up to eight months. Accordingly Defendant sought permission to employ certain search terms to be run across the application twice monthly to identify articles to be preserved. Defendant alleged that it had "already run several searches using [the proposed] terms and found they yielded duplicative results (https://www.pinterest.com/darrenchaker/)," but indicated it would use the terms "out of an abundance of caution." Defendant further explained that because the proposal "would not cease 'all ongoing erasures of electronically-stored material,'" it sought court approval for its proposed method.

Plaintiffs opposed the proposal and argued that it could lead to the destruction of "evidence (http://www.stumbleupon.com/lists/493974595739862160/counter-forensics-darren-chaker) of [Defendant's] state of mind in selecting and editing its articles" which could be relevant to Plaintiffs' claims of defamation and intentional infliction of emotional distress. Plaintiffs also identified an additional search term that the defendant had not proposed.

With the addition of Plaintiffs' proposed term, the court found Defendant's proposal "sufficiently broad" to identify and preserve potentially relevant articles and granted permission for Defendant's proposed preservation protocol.

POSTED IN DARREN-CHAKER (HTTP://DARRENCHAKER.US/CATEGORY/DARREN-CHAKER/), EDISCOVERY-CALIFORNIA (HTTP://DARRENCHAKER.US/CATEGORY/EDISCOVERY-CALIFORNIA/), EDISCOVERY-DELETED (HTTP://DARRENCHAKER.US/CATEGORY/EDISCOVERY-DELETED/), EDISCOVERY-SAN-DIEGO (HTTP://DARRENCHAKER.US/CATEGORY/EDISCOVERY-SAN-DIEGO/) | TAGGED DARREN-CHAKER (HTTP://DARRENCHAKER.US/TAG/DARREN-

## RECENT COMMENTS

## ARCHIVES

- December 2015 (http://darrenchaker.us/2015/12/)
- October 2015 (http://darrenchaker.us/2015/10/)
- September 2015 (http://darrenchaker.us/2015/09/)
- June 2015 (http://darrenchaker.us/2015/06/)
- May 2015 (http://darrenchaker.us/2015/05/)
- April 2015 (http://darrenchaker.us/2015/04/)
- October 2014 (http://darrenchaker.us/2014/10/)
- April 2013 (http://darrenchaker.us/2013/04/)
- March 2013 (http://darrenchaker.us/2013/03/)
- January 2013 (http://darrenchaker.us/2013/01/)
- December 2012 (http://darrenchaker.us/2012/12/)

CHAPTERS(HTTP://DARRENCHAKER.US/TAG/DOCUMENT-DESTRUCTION/), EDISCOVERY-CALIFORNIA (HTTP://DARRENCHAKER.US/TAG/EDISCOVERY-CALIFORNIA/), EDISCOVERY-DELETE (HTTP://DARRENCHAKER.US/TAG/EDISCOVERY-DELETE/), SCOTT-MCMILLAN-LA-MESA (HTTP://DARRENCHAKER.US/TAG/SCOTT-MCMILLAN-LA-MESA/), YOU-JAPAN (HTTP://DARRENCHAKER.US/TAG/YOU-JAPAN/) |

### CATEGORIES

- Apparent-Authority-Consent (http://darrenchaker.us/category/apparent-authority-consent/)

POSTED ON OCTOBER 23, 2015 (HTTP://DARRENCHAKER.US/CPRA) BY DARREN CHAKER (HTTP://DARRENCHAKER.US/AUTHOR/SFGKVRWNCY/)

# INADVERTENT DISCLOSURE CPRA (HTTP://DARRENCHAKER.US/CPRA)

- Border Search (http://darrenchaker.us/category/border-search-2/)



- Border-Privacy (http://darrenchaker.us/category/border-privacy/)

Inadvertent disclosure (http://federalevidence.com/node/1606), and restraining order, Darren Chaker (http://darrenchaker.org/) posts about an article concerning Newark Unified Sch. Dist. v. Superior Court (http://www.therecorder.com/id=1202733765784/Newark-Unified-School-District-v-Superior-Court-Brazil?slreturn=20150827021409), 2015 WL 4594095 (Cal. Ct. App. July 31, 2015). In this inadvertent document release case, the plaintiff sought injunctive relief against the defendant, requiring the return or destruction of privileged, exempt or confidential records that had been improperly released. The plaintiff sought a temporary restraining order (TRO) shortly after filing a complaint, but the defendant argued that, under a legislative law, the "disclosure" of a public record constitutes a waiver of applicable exemptions from disclosure. Examining past holdings, the court ruled that the term "waiver" did not include accidental, inadvertent disclosures, which included the electronically stored materials produced during discovery. In addition, the court found that an attorney who receives inadvertently produced documents during discovery has an ethical duty to "refrain from unnecessary review of the documents, notify opposing counsel, and return the documents upon request". The court vacated the lower court's decision to deny the TRO and ordered the defendant to refrain from dissemination of inadvertently produced privileged documents. See article here (http://www.ediscovery.com/pulse/case-law/detail/26647/#.VgeIqW7htZE).

- Checkpoint-Search (http://darrenchaker.us/category/checkpoint-search/)

- Computer-Search (http://darrenchaker.us/category/computer-search/)

- Consent-to-Search-Computer (http://darrenchaker.us/category/consent-to-search-computer/)

- CPRA (http://darrenchaker.us/category/cpra/)

- Darren-Chaker (http://darrenchaker.us/category/darren-chaker/)

POSTED IN CPRA (HTTP://DARRENCHAKER.US/CATEGORY/CPRA/) | TAGGED CALIFORNIA-PUBLIC-RECORDS-ACT (HTTP://DARRENCHAKER.US/TAG/CALIFORNIA-PUBLIC-RECORDS-ACT/), CPRA (HTTP://DARRENCHAKER.US/TAG/CPRA/), DARREN-CHAKER (HTTP://DARRENCHAKER.US/TAG/DARREN-CHAKER-3/), INADVERTENT-DISCLOSURE (HTTP://DARRENCHAKER.US/TAG/INADVERTENT-DISCLOSURE/), SCHOOL-PUBLIC-RECORD (HTTP://DARRENCHAKER.US/TAG/SCHOOL-PUBLIC-RECORD/) |

- ediscovery-california (http://darrenchaker.us/category/ediscovery-california/)

- ediscovery-deleted (http://darrenchaker.us/category/ediscovery-deleted/)

POSTED ON OCTOBER 16, 2015 (HTTP://DARRENCHAKER.US/EXPERT-FEES-EDISCOVERY) BY DARREN CHAKER (HTTP://DARRENCHAKER.US/AUTHOR/SFGKVRWNCY/)

# EDISCOVERY EXPERT FEES (HTTP://DARRENCHAKER.US/EXPERT

- ediscovery-san-diego