**FREDRICKSON, MAZEIKA & GRANT, LLP**
Timothy J. Grant, Esq. (SBN 122593)
tgrant@fmglegal.com
5720 Oberlin Drive
San Diego, CA 92121-1723
Tel: 858-642-2002; Fax: 858-642-2001

Attorneys for Defendant DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. MCMILLAN, an individual, THE MCMILLAN LAW FIRM, APC, a California professional corporation,<br><br>　　　　Plaintiffs,<br>　　v.<br>DARREN D. CHAKER an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of NICOLE CHAKER TRUST ONE, VANIA CHAKER, an individual and as trustee of VANIA CHAKER TRUST ONE,<br><br>　　　　Defendants. | Case No. 3:16-CV-02186-WQH-MD<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B<br><br>Magistrate: Hon. Mitchell D. Dembin<br>Courtroom: 11th Floor<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Complaint Filed: August 29, 2016 |

TO THE COURT AND ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that attorney Peter S. Gregorovic, Esq. formally withdraws as counsel in this matter. Please remove Mr. Gregorovic from all ECF filing notifications.

/ / /

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL OF ATTORNEY
3:16-CV-02186-WQH-MD

| | | |
|---|---|---|
| 1 | DATED: February 1, 2017 | Respectfully Submitted, |
| 2 | | FREDRICKSON, MAZEIKA & GRANT, LLP |
| 3 | | |
| 4 | | By: _/s/ Peter S. Gregorovic_____ |
| 5 | | Timothy J. Grant<br>Peter S. Gregorovic<br>Attorneys for Defendant |
| 6 | | DARREN D. CHAKER an individual, and as trustee of PLATINUM HOLDINGS |
| 7 | | GROUP TRUST, dba COUNTER FORENSICS |

2
NOTICE OF WITHDRAWAL OF ATTORNEY

3:16-CV-02186-WQH-MD

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>Scott A. McMillan, etc. v. Darren D. Chaker, et al. | | |
| ATTORNEY(S) NAME AND ADDRESS        TELEPHONE<br>Timothy J. Grant, Esq. (SBN 122593)<br>Peter S. Gregorovic, Esq. (SBN 134950)<br>FREDRICKSON, MAZEIKA & GRANT, LLP<br>5720 Oberlin Drive           Tel:  (858) 642-2002<br>San Diego, CA 92121         Fax:  (858) 642-2001 | | |
| ATTORNEY(S) FOR:<br>Defendant Darren D. Chaker | HEARING:<br>TIME:<br>JUDGE:  Hon. William Q. Hayes<br>Court Room: 14B | CASE No. **16CV2186 JM MDD** |

## DECLARATION OF SERVICE

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 5720 Oberlin Drive, San Diego, California 92121.

On February 1, 2017, I served the following document(s):

**NOTICE OF WITHDRAWAL OF ATTORNEY**

on the parties in this action addressed as follows:

Scott A. McMillan, CBN 212506
**THE MCMILLAN LAW FIRM, APC**
4670 Nebo Drive, Suite 200
La Mesa, California 91941-5230
Phone: (619) 464-1500 x 14
Fax: (619) 828-7399
Email: scott@mcmillanlaw.us
*Attorney for Plaintiffs*

Arthur J. Mckeon, III
ajm@gilbertkelly.com
Rebecca J. Smith
rjs@gilbertkelly.com
**GILBERT, KELLY, CROWLEY & JENNETT LLP**
401 B Street, Suite 2210 San Diego, California 92101 (619) 687-3000;
FAX: (213) 615-7100
**Mailing Address:** 550 South Hope Street, 22nd Floor Los Angeles, California 90071-2627
*Attorneys for Defendant Nicole Chaker*

[X]  **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 1, 2017, at San Diego, California.

                                                  /s/ Denice P. Zarate
                                                  DENICE P. ZARATE