**SULLIVAN, KRIEGER, TRUONG,**
**SPAGNOLA & KLAUSNER, LLP**
Eliot F. Krieger, State Bar No. 159647
*ekrieger@sullivankrieger.com*
Charles T. Spagnola, P.C., State Bar No. 144983
*cspagnola@sullivankrieger.com*
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 597-7070

Attorneys for Defendant DARREN D. CHAKER,
individually, and as trustee of PLATINUM HOLDINGS
GROUP TRUST

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. MCMILLAN, an individual, THE MCMILLAN LAW FIRM, APC, a California professional corporation, | Case No. 3:16-CV-02186-WQH-MD |
| | Judge:  Hon. William Q. Hayes |
| Plaintiffs, | Courtroom: 14B |
| | Magistrate: Hon. Mitchell D. Dembin |
| v. | Courtroom: 11th Floor |
| | **NOTICE OF WITHDRAWAL OF ADAM M. TAMBURELLI AS COUNSEL OF RECORD FOR DEFENDANT DARREN D. CHAKER** |
| DARREN D. CHAKER an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of NICOLE CHAKER TRUST ONE, VANIA CHAKER, an individual and as trustee of VANIA CHAKER TRUST ONE, | Complaint Filed:  August 29, 2016 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE attorney Adam M. Tamburelli hereby withdraws as counsel for Defendant Darren D. Chaker.

Attorneys Eliot F. Krieger and Charles T. Spagnola remain as counsel of record for Mr. Chaker.

DATED:      March 29, 2017                    Respectfully submitted,

**SULLIVAN, KRIEGER, TRUONG,**
**SPAGNOLA & KLAUSNER, LLP**

By:      /s/ Adam M. Tamburelli
         Eliot F. Krieger, SBN 159647
         *ekrieger@sullivankrieger.com*
         Charles T. Spagnola, P.C., SBN 144983
         *cspagnola@sullivankrieger.com*
         Adam M. Tamburelli, SBN 301902
         *atamburelli@sullivankrieger.com*
         444 West Ocean Boulevard, Suite 1700
         Long Beach, CA 90802
         Telephone: (562) 597-7070

         *Attorneys for Defendant Darren Chaker*

1

## **CERTIFICATE OF SERVICE**

2        I, Adam M. Tamburelli, an attorney, certify that on the 29th day of March, 2017, I

3 filed the foregoing Notice with the Clerk of the Court for the United States District

4 Court, Southern District of California by using the Court's CM/ECF system, which will

5 send notifications of such filing to all counsel of record.

6

7                                        _____

/s/ Adam M. Tamburelli_____

8                                          Adam M. Tamburelli

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF ADAM M. TAMBURELLI
AS COUNSEL OF RECORD FOR DEFENDANT DARREN D. CHAKER