1  STEPHEN J. ERIGERO (SBN 121616)
   E. LACEY RICE (SBN 266748)
2  EDUARDO A. BRAVO (SBN 327967)
   **ROPERS MAJESKI PC**
3  445 South Figueroa St, 30th Floor
   Los Angeles, CA 90071
4  Telephone: 213.312.2000
   Facsimile: 213.312.2001
5  Email:     stephen.erigero@ropers.com
   Email:     lacy.rice@ropers.com
6  Email:     eduardo.bravo@ropers.com

7  Attorneys for Defendant
   DARREN D. CHAKER
8

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SCOTT A. MCMILLAN, an individual; THE MCMILLAN LAW FIRM, APC, a California professional corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, VANIA CHAKER, an individual and as beneficiary of The Island Revocable Trust under,<br><br>Defendants. | Case No. 3:16-cv-2186-WQH-MDD<br><br>*Hon. William Q. Hayes*<br>*Courtroom 14B*<br><br>**DEFENDANT DARREN D. CHAKER'S NOTICE OF MOTION AND MOTION TO SEAL PORTIONS OF PLAINTIFF SCOTT A. MCMILLAN'S COMPLAINT AND FIRST AMENDED COMPLAINT**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities, Declaration of Eduardo A. Bravo, Request for Judicial Notice and (Proposed) Order]*<br><br>**DATE: AUGUST 3, 2020**<br><br>***NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT***<br><br>Action Filed:  August 29, 2016<br>Trial Date:    None |

4819-0365-6385.1

NOTICE OF MOTION TO SEAL PORTIONS OF PLAINTIFF'S COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **August 3, 2020**, or as soon thereafter as the matter may be heard in Courtroom 14B of the above-entitled court, located at 333 West Broadway, San Diego, California 92101, Defendant DARREN D. CHAKER ("Defendant") will and hereby does move the Court for an Order sealing certain portions of Plaintiff Scott A. McMillan's ("Plaintiff") Complaint and First Amended Complaint ("FAC"), or alternatively, for a Protective Order, pursuant to Rules 5.2(d)–(e) of the Federal Rules of Civil Procedure.

This Motion is being brought following Defendant's unsuccessful meet and confer efforts requesting that Plaintiffs voluntarily stipulate to sealing at issue portions of the Complaint and FAC, as set forth in the Declaration of Eduardo A. Bravo filed herewith.

This Motion is based upon this Notice of Motion and Motion and supporting Memorandum of Points and Authorities, the Declaration of Eduardo A. Bravo, the Request for Judicial Notice, all exhibits submitted in connection with this Motion, all pleadings and papers on file in this action, and all additional evidence and oral argument (only if separately ordered by the Court) that the Court may properly receive at or before the hearing on this Motion.

DATED: June 25, 2020          ROPERS MAJESKI PC

By: _/s/ Eduardo A. Bravo_
STEPHEN J. ERIGERO
E. LACEY RICE
EDUARDO A. BRAVO
Attorneys for Defendant
DARREN D. CHAKER

4819-0365-6385.1

- 2 -

NOTICE OF MOTION TO SEAL PORTIONS OF PLAINTIFF'S COMPLAINT