STEPHEN J. ERIGERO (SBN 121616)
E. LACEY RICE (SBN 266748)
EDUARDO A. BRAVO (SBN 327967)
**ROPERS MAJESKI PC**
445 South Figueroa St, 30th Floor
Los Angeles, CA 90071
Telephone: 213.312.2000
Facsimile: 213.312.2001
Email: stephen.erigero@ropers.com
Email: lacy.rice@ropers.com
Email: eduardo.bravo@ropers.com

Attorneys for Defendant
DARREN D. CHAKER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. MCMILLAN, an individual; THE MCMILLAN LAW FIRM, APC, a California professional corporation, <br><br>Plaintiffs, <br><br>v. <br><br>DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, VANIA CHAKER, an individual and as beneficiary of The Island Revocable Trust under, <br><br>Defendants. | Case No. 3:16-cv-2186-WQH-MDD <br><br>*Hon. William Q. Hayes* <br>*Courtroom 14B* <br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT DARREN D. CHAKER'S MOTION TO SEAL PORTIONS OF PLAINTIFF SCOTT A. MCMILLAN'S COMPLAINT AND FIRST AMENDED COMPLAINT** <br><br>[*Filed Concurrently with Notice of Motion, Memorandum of Points and Authorities, Declaration of Eduardo A. Bravo and (Proposed) Order*] <br><br>DATE: AUGUST 3, 2020 <br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* <br><br>Action Filed: August 29, 2016 <br>Trial Date: None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant DARREN D. CHAKER ("Defendant") respectfully requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following document filed in the California Superior Court, County of San Diego in connection with Defendant's Motion to Seal Portion of Plaintiffs SCOTT A. MCMILLAN, ("McMillan") and THE MCMILLAN LAW FIRM, APC's (collectively, "Plaintiffs") Complaint and First Amended Complaint ("Motion"):

1. Minute Order entered on June 29, 2018, in the California Superior Court, County of San Diego, Case No. 37-2017-00036344-CU-NP-CTL, in the matter *Scott A. McMillan v. Darren D. Chaker, et. al*. (the "Minute Order").

A true and correct copy of the foregoing document is attached as **Exhibit C** to the accompanying Declaration of Eduardo A. Bravo.

## I. ARGUMENT

Federal Rule of Evidence 201 provides, in pertinent part, that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.." Fed. R. Evid. 201.  Courts may take judicial notice of "undisputed matters of public record including documents on file in federal or state courts." *Harris v. City of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (internal citation omitted).

///
///
///
///
///

1  A true and correct copy of the Order granting in part Defendant's motion to seal portions of the state court complaint, entered by the Honorable Joan M. Lewis of the Superior Court of California, County of San Diego Case No. 37-2017-00036344-CU-NP-CTL, in the matter *Scott A. McMillan v. Darren D. Chaker, et. al.*, on June 28, 2018, is attached as **Exhibit C** to the accompanying Declaration of Eduardo A. Bravo.

This Order grants Defendant's motion to seal language in the state court complaint related to his prior paternity case, which "should not be available for public review." Because the Tentative Ruling addresses the same arguments based on the same facts that are at issue in Defendant's present Motion, the Tentative Ruling attached to the Declaration of Eduardo A. Bravo is directly relevant to the matters at issue in this Motion. A state court's tentative ruling is a matter of public record that this Court may take judicial notice of. *Harris*, 682 F.3d at 1132. Judicial records of California state courts are readily ascertainable and verifiable; therefore, no party can reasonable question the accuracy of this document. Judicial notice of the foregoing document is thus appropriate.

## II. CONCLUSION

Pursuant to foregoing authorities, Defendant respectfully requests that this Court take judicial notice of the Superior Court of California's Tentative Ruling, which is attached to the accompanying Declaration of Eduardo A. Bravo

DATED: June 25, 2020                 ROPERS MAJESKI PC

By: */s/ Eduardo A. Bravo*
STEPHEN J. ERIGERO
E. LACEY RICE
EDUARDO A. BRAVO
Attorneys for Defendant
DARREN D. CHAKER