ROPERS MAJESKI
A Professional Corporation
Los Angeles

STEPHEN J. ERIGERO (SBN 121616)
**ROPERS MAJESKI PC**
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: 213.312.2000
Facsimile: 213.312.2001
Email:     stephen.erigero@ropers.com

Attorneys for Defendant-Appellee
DARREN D. CHAKER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. MCMILLAN, an individual; THE MCMILLAN LAW FIRM, APC, a California professional corporation,<br><br>Plaintiffs – Appellants,<br><br>v.<br><br>DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, VANIA CHAKER, an individual and as beneficiary of The Island Revocable Trust under,<br><br>Defendants – Appellees. | Case No. 3:16-cv-2186-WQH-MDD<br><br>*Hon. William Q. Hayes Courtroom 14B*<br><br>**NOTICE OF MOTION AND MOTION TO SEAL CASE AND/ OR REDACT CASE RECORDS**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities, Declaration of Darren D. Chaker and (Proposed) Order]*<br><br>**DATE: SEPTEMBER 12, 2022**<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br><br>Action Filed:  August 29, 2016<br>Trial Date:       None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant-Appellee DARREN D. CHAKER hereby files his Motion to Seal the Case and/or Redact Case Records where he seeks to seal the entire record for this case or, alternatively, to redact all protected information consistent with *Code of Civil Procedure* § 367.3.

4855-6068-4846.1

Dated: August 10, 2022

ROPERS MAJESKI PC

By: _[signature]_
STEPHEN J. ERIGERO
Attorneys for Defendant/Appellee
Darren D. Chaker

4855-6068-4846.1

- 2 -

**NOTICE OF MOTION AND MOTION TO SEAL CASE AND/OR REDACT CASE RECORDS**