| | |
|---|---|
| 1 | STEPHEN J. ERIGERO (SBN 121616) |
| 2 | **ROPERS MAJESKI PC**<br>445 South Figueroa Street, Suite 3100 |
| 3 | Los Angeles, California 90071<br>Telephone:  213.312.2000 |
| 4 | Facsimile:   213.312.2001<br>Email:        stephen.erigero@ropers.com |
| 5 | Attorneys for Defendant-Appellee |
| 6 | DARREN D. CHAKER |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | SCOTT A. MCMILLAN, an individual; THE MCMILLAN LAW FIRM, APC, a California professional corporation, | Case No. 3:16-cv-2186-WQH-MDD |
| 12 | | *Hon. William Q. Hayes*<br>*Courtroom 14B* |
| 13 | Plaintiffs – Appellants, | |
| 14 | v. | **DECLARATION OF DARREN D. CHAKER IN SUPPORT OF MOTION TO SEAL CASE AND/OR REDACT CASE RECORDS** |
| 15 | DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, VANIA CHAKER, an individual and as beneficiary of The Island Revocable Trust under, | |
| | | [*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities and (Proposed) Order]* |
| | | DATE: SEPTEMBER 12, 2022 |
| | | *NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |
| 21 | Defendants – Appellees. | |
| 22 | | Action Filed:   August 29, 2016<br>Trial Date:       None |

4894-3090-9998.1

## DECLARATION OF DARREN D. CHAKER

I, the undersigned, am the Defendant-Appellee in this matter and if sworn would testify as follows:

1. I am a current member of the California Safe at Home Program. My identification number is 3607 and ID card is attached hereto as Exhibit U & V.

2. The Exhibits A-S attached to this declaration are true and correct copies of the original court documents, other than labeling them as exhibits. Some of my primary concerns for safety are reflected below. The attached courts order, Exhibits A-S, concern me as a party successfully seeking the sealing of records and many now refer to me as John Doe.

3. Exhibit PP is a subpoena in the California criminal case, *People v. Chivatchev*. I am responsible for being the only person out of hundreds who heard screams for help and responding to them. I flagged down a passing police car. The police officer attempted to gain entry through a gate, it was locked. Since I resided in the building across from it, I did not have access to the gate. I was able to rip open a fire escape door. Upon entering the hallway, a male, later identified as the Nikola Chivatchev, who is Bulgarian, was approaching a female who covered in blood. The officer placed Mr. Chivatchev under arrest for murdering his father. I spoke to Mr. Chivatchev while my video camera was activated on my phone. Mr. Chivatchev told me he killed his father and why on video[1].

4. I have received numerous death threats from what I believe is due to my cooperation and videotaping a conversation I had with Mr. Chivatchev post-arrest and due to the fact, he may have gotten away but for me opening a fire escape door. I continue to fear for my life and was told the Bulgarian mafia is active in California and to take precautions. The case has not been adjudicated due to Mr. Chivatchev's mental state is questioned and last I knew remained in a state

---

[1] I was interviewed by Fox News which parallels these events and shows a partial clip of the video. See, https://www.youtube.com/watch?v=eJkVT1sl8kA

hospital and private lock down facility. I believe due to the fact the murder charge remains without a conviction such places me at additional risk since my testimony is still needed. I did not testify at the preliminary hearing, so there is no transcript of my testimony.

5. Exhibit QQ are a couple of photographs received via Text on June 11, 2021. I do not know the person(s) who sent me the text, did not instruct nor encourage anyone to send me the text. I needed to cut and paste screen shots of the text to fit with the "borders" of the paper. If the court would like to see the original text saved in a .PDF file I am happy to accommodate by emailing it to the Court upon request, but do not want to send such photos to the court unsolicited.

6. Exhibit RR is where I was interviewed in 2017 by the news (top photo) after an unknown person in a trench coat attempted to enter my home (bottom photo).

7. In 2012, I was responsible for assembling records which were turned over to AUSA Tim Salel and two FBI special agents that a third party provided concerning an HSI special agent who is of Russian dissent and appears to have provided intelligence to Russian organized crime. San Diego attorney Anthony Colombo was retained and represented my interests. If the court would like the name of the HSI special agent, I will provide it.

I declare under penalty of perjury under the laws of the United State of America the foregoing is true and correct.

DATED: August 10, 2022

               __/s/ Darren Chaker_____
                 Darren Chaker

# EXHIBITS A-SS

## TO DECLARATION OF DARREN D. CHAKER IN SUPPORT OF MOTION TO SEAL