1  STEPHEN J. ERIGERO (SBN 121616)
   **ROPERS MAJESKI PC**
2  445 South Figueroa Street, Suite 3100
   Los Angeles, California 90071
3  Telephone: 213.312.2000
   Facsimile: 213.312.2001
4  Email:    stephen.erigero@ropers.com

5  Attorneys for Defendant-Appellee
   DARREN D. CHAKER

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. MCMILLAN, an individual; THE MCMILLAN LAW FIRM, APC, a California professional corporation,<br><br>   Plaintiffs – Appellants,<br><br>v.<br><br>DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, VANIA CHAKER, an individual and as beneficiary of The Island Revocable Trust under,<br><br>   Defendants – Appellees. | Case No. 3:16-cv-2186-WQH-MDD<br><br>*Hon. William Q. Hayes*<br>*Courtroom 14B*<br><br>**SUR REPLY OF DEFENDANT-APPELLEE DARREN D. CHAKER IN SUPPORT OF MOTION TO SEAL CASE AND/OR REDACT CASE RECORDS, PURSUANT TO COURT ORDER, DATED 9/9/2022**<br><br>[*Filed Concurrently with Notice of Lodging and (Proposed) Order*]<br><br>DATE: SEPTEMBER 12, 2022<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br><br>Action Filed:  August 29, 2016<br>Trial Date:   None |

**I.   INTRODUCTION**

On September 9, 2022, the Hon. William Q. Hayes issued his Order stating that: "Defendant Darren D. Chaker may file a sur-reply identifying with specificity any personal information he seeks to seal and its location in the record within fourteen (14) days of the date of this Order."

## II. AREAS OF THE RECORD/INFORMATION WITHIN THE RECORD DEFENDANT-APPELLEE SEEKS TO BE SEALED

Defendant-Appellee Darren D. Chaker ("Chaker") seeks only to have his identifying information within the record redacted from it. Chaker recognizes that this Court is not bound by the California Safe at Home Statute (*CA Code Civ. Proc.* §367.3), but the language of said statute is instructive as to the type of information that Chaker seeks to have redacted from the record. The definitions of "identifying characteristics" and "online identifiers" from said statute are as follows:

> (a) For purposes of this section, the following definitions apply:
>
> (1) "Identifying characteristics" means the name or any part thereof, address or any part thereof, city or unincorporated area of residence, age, marital status, relationship to other parties, and race or ethnic background, telephone number, email address, social media profiles, online identifiers, contact information, or any other information, including images of the protected person, from which the protected person's identity can be discerned.
>
> (2) "Online identifiers" means any personally identifying information or signifiers that would tie an individual to a particular electronic service, device, or internet application, website, or platform account, including, access names, access codes, account names, aliases, avatars, credentials, gamer tags, display names, handles, login names, member names, online identities, pseudonyms, screen names, user accounts, user identifications, usernames, Uniform Resource Locators (URLs), domain names, Internet Protocol (IP) addresses, and media access control (MAC) addresses.

(*CA Code Civ. Proc.* §367.3(a)(1)-(2).)

Defendant-Appellee Chaker requests that any information within the record meeting the above definitions be redacted. Pursuant to the Courts September 9,

2022 order. Defendant-Appellee Chaker has filed concurrently with this sur-reply a Notice of Lodgment, and therewith a copy of the record with the information sought to be redacted having been highlighted therein (Exhibit A to the Notice of Lodgment.) Redactions sought to be made from the record throughout were of Defendant-Appellee Chaker's name, and to the extent a family member was referred to in connection to him by the same surname, that was also redacted. If an address of Defendant-Appellee Chaker's was referenced, this was also redacted. Finally, references to the PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS, for which Defendant-Appellee is a trustee were also redacted as he could be identified/located by such information.

### III. CONCLUSION

Defendant-Appellee Chaker respectfully requests this Court adopt the redacted version of the Court's record, submitted herewith as Exhibit A to the Notice of Lodgment. Defendant-Appellee Chaker also respectfully requests that the Court redact the same information (name, address, affiliated entities) from this filing before publishing it to the record, as Defendant-Appellee Chaker cannot preemptively do so.

Dated: September 23, 2022

ROPERS MAJESKI PC

By: _____
STEPHEN J. ERIGERO
Attorneys for Defendant/Appellee
Darren D. Chaker