|   |   |
|---|---|
| SCOTT A. MCMILLAN, an individual; THE MCMILLAN LAW FIRM, APC, a California professional corporation,<br><br>           Plaintiffs – Appellants,<br><br>v.<br><br>DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, dba COUNTER FORENSICS; NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, VANIA CHAKER, an individual and as beneficiary of The Island Revocable Trust under,<br><br>           Defendants – Appellees. | Case No. 3:16-cv-2186-WQH-MDD<br><br>*Hon. William Q. Hayes*<br>*Courtroom 14B*<br><br>**ORDER GRANTING DEFENDANT/ APPELLEE DARREN D. CHAKER MOTION TO SEAL CASE AND/OR REDACT CASE RECORDS**<br><br>[*Filed Concurrently with Sur-Reply and Notice of Lodging of Documents]*<br><br>**DATE: SEPTEMBER 12, 2022**<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br><br>Action Filed:  August 29, 2016<br>Trial Date:    None |

Having considered Defendant-Appellee DARREN D. CHAKER's ("Defendant") Motion to Seal Case and/or Redact Case Records and his Sur-Reply in support of same, and having found good cause therefore,

IT IS HEREBY ORDERED that:

(1) Exhibit A to the Notice of Lodging of Documents filed by Defendant-Appellee Darren D. Chaker, contained the redacted version of the record of this case will be substituted for the unredacted record; and

(2) All records generated and filed with the Court in connection to this MOTION TO SEAL CASE AND/OR REDACT CASE RECORDS,

including this Order shall be redacted to remove references to Defendant-Appellee Chaker's name, address, and other "identifying characteristics", as defined under *California Code of Civil Procedure* §367.3 (a)(1).

**IT IS SO ORDERED**

DATED: _____, 2022

_____
**Honorable William Q. Hayes**

*Respectfully Submitted,*

STEPHEN J. ERIGERO (SBN 121616)
**ROPERS MAJESKI PC**
445 South Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone:   213.312.2000
Facsimile:    213.312.2001
Email:          stephen.erigero@ropers.com

Attorneys for Defendant-Appellee DARREN D. CHAKER

4857-2804-9204.1

- 2 -