UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT A. MCMILLAN; THE MCMILLAN LAW FIRM, APC,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>DARREN D. CHAKER, DBA Counter Forensics, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST; et al.,<br><br>Defendants-Appellees. | No.   17-56676<br><br>D.C. No.<br>3:16-cv-02186-WQH-MDD<br>Southern District of California,<br>San Diego<br><br>ORDER |
| SCOTT A. MCMILLAN; THE MCMILLAN LAW FIRM, APC,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010,<br><br>Defendant-Appellant. | No.   18-55343<br><br>D.C. No.<br>3:16-cv-02186-WQH-MDD |

Before:  BENNETT and LEE, Circuit Judges.

Appellee Darren Chaker has filed a motion to seal case records (Docket

Entry Nos. 148 and 149 in Case No. 17-56676; Docket Entry Nos. 139 and 140 in

Case No. 18-55343) ("Motion").  The Motion requests to seal the Motion itself.
The Motion also requests to (1) seal the cases entirely; (2) replace Appellee's name
with a pseudonym; and (3) redact other personal information in the records.

In August 2022, Appellee filed a materially similar motion to seal in the
district court, which remains publicly available on CM/ECF (excluding the
exhibits).  D. Ct. Dkt. 125.  The district court granted only Appellee's "request to
redact his mailing address and email address, as well as URLs to several social
media accounts, blogs, and websites associated with" Appellee.  D. Ct. Dkt. 128 at
3.  The district court otherwise denied the motion to seal, including denying
Appellee's requests to seal the entire case and replace Appellee's name with a
pseudonym.  D. Ct. Dkt. 126, 128.  Appellee did not appeal the district court's
orders regarding his motion to seal.  Nor does Appellee explain why we should
grant the Motion in light of the district court's order granting only limited
redactions.

Given the above, we:

1.      Deny Appellee's request to maintain the Motion itself under seal.  But
the exhibits in support of the Motion shall remain under seal.

2.      Deny Appellee's requests to seal the cases entirely and replace
Appellee's name with a pseudonym.

3.      Deny Appellee's request to redact other personal information in the

records, as he does not identify the specific information he seeks to redact or its location in the record.

This order, however, is without prejudice to Appellee renewing his motion to redact information consistent with the limited redactions ordered by the district court.  Any such renewal motion must (1) identify exactly what information in the records should be redacted; (2) identify where in our dockets such information is found; and (3) attach the part(s) of the district court record showing that such information has been redacted in the district court records.  Any renewal motion must be filed within fourteen (14) days after the date of this order.