FILED

OCT 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT A. MCMILLAN; THE MCMILLAN LAW FIRM, APC, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> DARREN D. CHAKER, DBA Counter Forensics, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST; et al., <br><br> Defendants-Appellees. | No. 17-56676 <br><br> D.C. No. 3:16-cv-02186-WQH-MDD <br> Southern District of California, San Diego <br><br> ORDER |
| SCOTT A. MCMILLAN; THE MCMILLAN LAW FIRM, APC, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010, <br><br> Defendant-Appellant. | No. 18-55343 <br><br> D.C. No. 3:16-cv-02186-WQH-MDD |

Before: BENNETT and LEE, Circuit Judges.

Defendant-Appellee Darren Chaker has filed a renewed motion to seal or

redact case records (Docket Entry Nos. 152 and 153 in Case No. 17-56676; Docket Entry Nos. 143 and 144 in Case No. 18-55343) ("Renewal Motion"). We **GRANT** Defendant-Appellee's request to maintain the Renewal Motion itself under seal.

For the reasons discussed in our order dated October 5, 2023, we **DENY** Defendant-Appellee's request to seal the cases entirely and replace his name with a pseudonym. (*See* Docket Entry No. 151 in Case No. 17-56676; Docket Entry No. 142 in Case No. 18-55343).

Consistent with the limited redactions ordered by the district court, the Renewal Motion identifies specific personal information in the records and requests that such information be redacted. We **GRANT** the request to redact this specific information, which is attached as Exhibit A to this order. Exhibit A shall be sealed.

The Clerk shall seal the docket entries referenced in Exhibit A. Defendant-Appellee will submit for public filing, using filing type "Response to Court Order," all of the referenced docket entries as separate PDF attachments, redacted as specified in Exhibit A.